UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-60184-RSR

RAFFAELE RUSSO

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.
a

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

**STIPULATED AND AGREED** by and between the respective parties hereto that the above causes as to and between **RAFFAELE RUSSO** and **MIDLAND CREDIT MANAGEMENT, INC.** are dismissed with prejudice, and each party is to bear their own costs and attorneys fees.

DATED this 20th day of May, 2013.

MILITZOK & LEVY, P.A.  
Attorneys for the Plaintiff  
The Yankee Clipper Law Center  
3230 Stirling Road, Suite 1  
Hollywood, Florida 33021  
Telephone: (954) 727-8570  

Email: mjm@mllawfl.com  

By: /s/ Matthew J. Militzok  
Matthew J. Militzok  
Florida Bar No. 0153842  

KING & SPALDING, LLP  
Attorneys for the Defendant  
1180 Peachtree Street  
Atlanta, GA  33019  
Telephone: (404) 215-5913  

Email: tlove@kslaw.com  

By: /s/ John Anthony Love  
Tony Love, Esq.  
Florida Bar No. 67224