UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 13-60184-CIV-ROSENBAUM**

RAFFAELE RUSSO,

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Stipulation for Dismissal With Prejudice. [D.E. 4]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Stipulation for Dismissal With Prejudice [D.E. 4] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of May 2013.

_/s/ Robin S. Rosenbaum_
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record